Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS DEMARK DENNIS,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | No. 2:26-cv-00968-RAJ<br>2:26-cv-01048-RAJ<br><br>ORDER ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

The defendant's motion seeks relief under Title 28 § 2255 regarding how the Bureau of Prisons (BOP) is calculating and administering his sentence. His request for relief is denied for two reasons. A claim that the BOP is improperly calculating a prisoner's sentence is properly filed under Title 28 U.S.C. § 2241, and the venue for such challenge is in the court based in the district of confinement. In this instance the proper venue is the Eastern District of California, not the Western District of Washington. A petition under § 2255 can test only the propriety of the sentence imposed, not the manner of execution. *U.S. v. Giddings,* 740 F.2d 770, 772 (9th Cir. 1984). A challenge regarding the execution of a sentence is to be made via a writ of habeas corpus under 28 U.S.C. § 2241.

///

///

///

Therefore, the defendant’s motion is **DENIED** without prejudice to seek relief in the proper venue.

DATED this 29th day of July, 2026.

The Honorable Richard A. Jones
United States District Judge